Electronically Filed
Intermediate Court of Appeals
30675
21-JUN-2011
08:40 AM

NO. 30675

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

In the Interest of S. CHILDREN

APPEAL FROM THE FAMILY COURT OF THE FIFTH CIRCUIT
(FC-S NO. 06-00652)

ORDER GRANTING MOTHER-APPELLANT'S
UNOPPOSED MOTION TO DISMISS APPEAL
(By: Nakamura, C.J., Foley and Leonard, JJ.)

Upon consideration of Mother-Appellant's Unopposed Motion to Dismiss Appeal, the papers in support, and the records and files herein, it appears that: (1) Appellant is appealing from the order terminating parental rights and awarding permanent custody issued by the Family Court of the Fifth Circuit; (2) Appellant no longer wishes to pursue this appeal because it seems the State intends to place the children for adoption with members of Appellant's family, and Appellant does not want to interfere with or delay the adoption.

Therefore, IT IS HEREBY ORDERED that Appellant's motion is granted, and this appeal is dismissed.

DATED: Honolulu, Hawai'i, June 21, 2011.

Chief Judge

Associate Judge

Associate Judge